**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Martin CARRILLO–CASTANEDA; a.k.a. Martin Carillo, a.k.a. Marty Carrillo, a.k.a. Spanky, a.k.a Rodolfo Valdez, Defendant–Appellant.

No. 10–50294.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.[*]

Filed June 24, 2011.

Lily Chiao–I Hsu, Special Assistant U.S. Attorney, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Nancy Spiegel, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Martin Carrillo–Castaneda, Kurt J. Mayer, Assistant Federal Public Defender, Office of the Federal Public Defender, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM [**]

Martin Carrillo–C astaneda appeals from his guilty-plea conviction and 21–month sentence for being an illegal alien

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Carrillo–Castaneda's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.